[Criminal No. 264.    Filed January 20, 1909.]

[99 Pac. 476.]

BILLY WILLIAMS, Defendant and Appellant, v. TERRITORY OF ARIZONA, Respondent.

1. CRIMINAL LAW—APPEAL—DISPOSITION OF CAUSE—AFFIRMANCE—FAILURE TO ASSIGN ERROR.—Where no errors were assigned, and no appearance was made for accused on appeal, the judgment of conviction will be affirmed, no errors appearing on the face of the record, and the verdict being supported by the evidence.

APPEAL from a judgment of the District Court of the Second Judicial District, in and for the County of Cochise. Fletcher M. Doan, Judge.    Affirmed.

Geo. H. Neale, for Appellant.

PER CURIAM.—The appellant was convicted and sentenced for the crime of robbery.    No assignment of errors has been made, nor is there an appearance on behalf of the appellant.    No error appears upon the face of the record. The verdict is supported by the evidence.

The judgment of the district court is affirmed.